**226 So.2d 921**

**Edna Stewart KINCHEN**

v.

**Leonard KINCHEN, individually, Coy Kinchen, Inc., and Jackson W. Ratcliff.**

No. 50037.

Oct. 14, 1969.

In re: Edna Stewart Kinchen applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 211 So.2d 91.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

**226 So.2d 921**

**STATE of Louisiana**

v.

**Ronald LEE.**

No. 50151.

Oct. 14, 1969.

In re: Ronald Lee applying for writ of habeas corpus.

. Writ granted. The trial court is ordered to immediately hold a bail bond hearing for a determination of the correct bond upon a proper basis and one other than that shown in the return. See C.C.Pr. Article 317, and Louisiana v. Blanchard, 254 La. 644, 226 So.2d 336. See order.

HAMLIN, J., is of the opinion that, on the showing made, application should be denied.

It is Ordered that the Honorable Oliver P. Schulingkamp, Judge of Section F, Criminal District Court, Parish of Orleans, immediately hold a bail bond hearing for a determination of the correct bond upon a proper basis and one other than that shown in the return.